IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:   August 21, 2015 |
| Court Reporter:   Gwen Daniel | Time: 2 hours and 20 minutes |

Civil Action No. 15-cr-01775-WJM-MJW

*Counsel:*

ERIC VERLO;
JANET MATZEN; and
FULLY INFORMED JURY
ASSOCIATION,

David A. Lane

   Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER,
COLORADO, a municipality,
ROBERT C. WHITE, in his official
capacity as chief of police for Denver,
and
CHIEF JUDGE MICHAEL MARTINEZ,
in his official capacity as chief judge of
the Second Judicial District,

Wendy J. Shea
Evan P. Lee

Matthew D. Grove
Stephanie Scoville
Corelle M. Spettigue
W. Eric Kuhn

   Defendants.

## COURTROOM MINUTES

MOTION FOR PRELIMINARY INJUNCTION

02:10 p.m.     Court in Session

Appearances of counsel

Court's comments

Argument/Discussion

**PLAINTIFFS' WITNESS ANTONIO LOPEZ**
02:30 Direct (by Mr. Lane)

02:43  Cross (by Ms. Scoville)

EXHIBITS OFFERED, STIPULATED AND RECEIVED: 1 thru 12

Proffers entered on the record by (Mr. Lane).

Argument/Disussion

**DEFENDANT'S WITNESS STEVEN STEADMAN**
02:54  Direct (by Ms. Scoville)

03:27  Cross (by Mr. Lane)

03:40  Redirect (by Ms. Scoville)

Evidence closed.

Discussion/Argument

Plaintiffs request that the Court issue an injunction with the following two prongs:
1.) that passing out jury nullification literature is constitutionally-protected speech; and
2.) that the Order of Chief Judge Michael A. Martinez, taking 25 percent of the free-speech zone space away, which is the critical zone necessary for pamphleteers to get their message across to the audience that they seek to target, is unconstitutional.

Discussion

The Court asks Ms. Shae to file by 10:00 Monday, August 24th, the Supreme Court of Colorado, Office of the Chief Justice Directive 95-01.

**ORDERED:   The Motion for Preliminary Injunction [2] is TAKEN UNDER ADVISEMENT.**

04:30 p.m.    Court in Recess
              Hearing concluded