IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 15-cv-1775-WJM-MJW

ERIC VERLO,
JANET MATZEN, and
FULLY INFORMED JURY ASSOCIATION,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, a municipality,
ROBERT C. WHITE, in his official capacity as chief of police for Denver, and
CHIEF JUDGE MICHAEL MARTINEZ, in his official capacity as chief judge of the Second Judicial District,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

    IT IS STIPULATED AND ORDERED that counsel __Wendy Shea__ shall retain custody of the joint original exhibits, from the September 1, 2015 Hearing on the Order to Show Cause, until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado this 1st day of September, 2015.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiffs
David A. Lane

_____
Attorneys for Defendants (Denver)
Wendy Shea