IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01775-WJM-MJW

ERIC VERLO,
JANET MATZEN, and
FULLY INFORMED JURY ASSOCIATION,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
ROBERT C. WHITE, *in his official capacity as chief of police for Denver*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant Chief Judge Martinez's Unopposed Motion to Amend the Scheduling Order as to Expert and Discovery Deadlines (Docket No. 72) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 67) is AMENDED such that:

  - the deadline for affirmative expert witness disclosures is extended to January 8, 2016;

  - the deadline for rebuttal expert witness disclosures is extended to January 22, 2016;

  - the deadline to serve written discovery is extended to January 13, 2016; and

  - the discovery cut-off is extended to February 12, 2016.

Date: November 12, 2015