IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01775-WJM-MJW

ERIC VERLO,
JANET MATZEN, and
FULLY INFORMED JURY ASSOCIATION,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
ROBERT C. WHITE, and
MICHAEL MARTINEZ,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant Martinez's Unopposed [Second] Motion to Amend the Scheduling Order (Docket No. 91) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 67) is AMENDED such that the dispositive motions deadline is extended to March 25, 2016.

Date: February 19, 2016