IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01775-WJM-MJW

ERIC VERLO,
JANET MATZEN, and
FULLY INFORMED JURY ASSOCIATION,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
ROBERT C. WHITE, and
MICHAEL MARTINEZ,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

• Defendant Martinez's Unopposed Third Motion to Amend the Scheduling Order (Docket No. 94) is GRANTED IN PART for good cause shown, and DENIED IN PART insofar as the deadlines will be as follows, rather than as requested; and

• The Scheduling Order (Docket No. 67) is AMENDED such that the dispositive motions deadline is EXTENDED until 21 days after the Tenth Circuit's opinion resolving Defendant Martinez's interlocutory appeal.

Date: March 17, 2016